UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTER,<br>        Plaintiff,<br>    v.<br>WORKDAY, INC., et al.,<br>        Defendants. | Case No. 21-cv-07555-EMC<br><br>**JUDGMENT** |

On August 30, 2022, the Court issued its Order Declining Supplemental Jurisdiction. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants on the FCRA claims (dismissed with prejudice) and declining supplemental jurisdiction (and thereby not adjudicating) over Plaintiff's state law claims. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: August 30, 2022

_____
EDWARD M. CHEN
United States District Judge